# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Latricia Richard,
Baby Girl Richard, Deceased

Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

University Medical Center of Southern Nevada

Case Number: 2:09-cv-02444-LDG-PAL

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of defendant University Medical Center of Southern Nevada and against plaintiffs Latricia Richard and Baby Girl Richard, Deceased.

March 18, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk