UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LATRICIA RICHARD, an individual; and LATRICIA RICHARD, as a personal representative of the Estate of Baby Girl Richard,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; et al.,<br><br>    Defendants. | 2:09-cv-02444-LDG-PAL<br><br>**ORDER** |

    Plaintiff Latricia Richard filed a motion for reconsideration of this court's March 22, 2011, order (#62) granting defendants' motion for summary judgment (#64, opposition #67, reply #69). For the reasons articulated by defendants in their opposition to the motion for reconsideration, the motion will be denied. Defendants' motion for attorney's fees and costs (#65, opposition #68, reply #71) will be denied as it applies to attorney's fees as such recovery is not warranted in this case. The clerk of court issued a bill of costs (#66), and plaintiff filed an objection thereto (#70). Plaintiff's objection is overruled, and the court will direct the clerk's office to assess the costs.

    THE COURT HEREBY ORDERS that plaintiff's motion for reconsideration (#64) is DENIED.

    THE COURT FURTHER ORDERS that defendants' motion for attorney's fees (#65) is DENIED.

THE COURT FURTHER ORDERS that plaintiff's objection to the bill of costs (#70) is DENIED. The clerk of court is DIRECTED to tax costs to plaintiff.

Dated this ___ day of March, 2012.

_____
Lloyd D. George
United States District Judge